UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                        **DECISION AND ORDER**

       v.                                          20-CR-49-A

GARLAND M. BEARDSLEY,

                Defendant.

---

This case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On April 13, 2021, defendant Garland M. Beardsley appeared before Magistrate Judge Roemer and entered a plea of guilty to Count 2 of the Superseding Indictment which charges him with conspiracy to possess with intent to distribute, and to distribute, 50 grams or more of actual methamphetamine in violation of 21 U.S.C. § 846.

Magistrate Judge Roemer issued a Report and Recommendation (Dkt. No. 142) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

**ORDERED** that, upon review of the transcript of the April 6, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Garland M. Beardsley's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Beardsley's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation. Dkt. No. 142. Sentencing is scheduled for August 12, 2021 at

12:30 pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

    **IT IS SO ORDERED.**

                                     *s/Richard J. Arcara*
                                  HONORABLE RICHARD J. ARCARA
                                  UNITED STATES DISTRICT COURT

Dated: May 3, 2021